# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KIARA GILLETTE,<br><br>     Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>     Defendant. | Case No. 2:17-cv-01315-JCC<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

[SIGNATURE ON FOLLOWING PAGE]

Notice of Settlement
2:17-cv-01315-JCC

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Phone: 206-674-4559

1

1

2

3 Date: January 5, 2018

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED,

By: _s/ Thomas McAvity_
Thomas McAvity, WSBA # 35197
Northwest Debt Relief Law Firm
14900 Interurban Ave. So
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559
Facsimile: 866-241-4176
Email: thomas@nwdrlf.com
*Attorney for Plaintiff, Kiara Gillette*

Notice of Settlement
2:17-cv-01315-JCC

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Phone: 206-674-4559

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Gavin E. Gruber
Markun Zusman Freniere & Compton LLP
1500 SW First Ave., Suite 1020
Portland, OR  97201

*Attorney for Defendant*

s/ Thomas McAvity

Notice of Settlement
2:17-cv-01315-JCC

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Phone: 206-674-4559