# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KIARA GILLETTE, | Case No. 2:17-cv-01315-JCC |
| Plaintiff, | |
| | Honorable John C. Coughenour |
| v. | |
| I.Q. DATA INTERNATIONAL, INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

**[SIGNATURES ON FOLLOWING PAGE]**

Stipulation Of Dismissal
2:17-cv-01315-JCC

1

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | Dated: February 2, 2018 |
| By:  s/ Thomas A. McAvity<br>Thomas A. McAvity WSBA #35197<br>Northwest Debt Relief Law Firm<br>14900 Interurban Ave. So<br>Suite 271, PMB 43<br>Seattle, WA  98168<br>Telephone: 206-674-4559<br>Facsimile: 866-241-4176<br>Email: thomas@nwdrlf.com<br>*Attorney for Plaintiff, Kiara Gillette* | By: /s/ Gavin E. Gruber<br>Gavin E. Gruber WSBA #50155<br>Markun Zusman Freniere & Compton LLP<br>1500 SW First Ave., Suite 1020<br>Portland, OR  97201<br>Telephone: 971-754-4458<br>Fax: 503-224-1123<br>Email: ggruber@mzclaw.com<br>*Attorney for Defendant, I.Q. Data International, Inc.* |

Stipulation Of Dismissal
2:17-cv-01315-JCC

2

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Telephone: 206-674-4559

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2018, I electronically filed the foregoing Stipulation. Service of this filing will be made by the Court's CM/ECF System upon all counsel of record.

s/ Thomas A. McAvity

Stipulation of Dismissal
2:17-cv-01315-JCC

3

Northwest Debt Relief Law Firm
14900 Interurban Ave. So.
Suite 271, PMB 43
Seattle, WA  98168
Phone: 206-674-4559